IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

IN RE:

Antoinette Thomas
      Debtor,

CASE NO: 17-04386-DSC13

## ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY AND PROVIDING ADEQUATE PROTECTION AS TO WELLS FARGO BANK, N.A.

This matter coming on to be heard upon the Motion For Relief From Stay or in the Alternative Motion for Adequate Protection filed by Wells Fargo Bank, N.A. and prior to the hearing the Court being informed that the parties have settled. Based on that settlement, it is; therefore, ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion For Relief From Stay is CONDITIONALLY DENIED as to any arrearage due in connection with the mortgage involved through the month of November 2018, subject to the further provisions of this Order.

2. The post-petition arrearage owed to Wells Fargo Bank, N.A. through the month of November 2018 in the amount of $3,144.78 shall be added to the Plan and shall be paid by the Trustee upon the filing of a Proof of Claim. The following is a breakdown of the arrearage to be added to the Plan:

    | | |
    |---|---|
    | 4 payments @ $806.04 each 8/1/2018- 11/1/2018 | $3,224.16 |
    | Bky Atty Fee | $0.00 |
    | Court Cost | $0.00 |
    | Less Suspense | $(79.38) |
    | Total | $3,144.78 |

3. The payments to the Chapter 13 Trustee shall be increased to $266.00 biweekly, to accommodate for the addition of the postpetition arrearage as set forth hereinabove, and the specified payment to Wells Fargo Bank, N.A. will be $83.00 per month. The Trustee is further authorized to issue an Amended Payroll Deduction Order, if necessary, to reflect the increased payment to the Trustee pursuant to the terms of this Order.

4. As adequate protection, Debtor shall resume the regular consecutive monthly payments in the amount of $806.04 beginning with the payment due December 2018. Said payments shall be paid directly by the Debtor to Wells Fargo Bank, N.A..

5. In the event of a missed payment to Wells Fargo Bank, N.A., the Creditor may request a return and re-set of the Motion for Relief with the Court.

6. Bankruptcy Rule 3001(c)(2)(C), as amended, is not applicable to the Supplemental Proof of Claim to be filed in connection with this Order and Wells Fargo Bank, N.A. shall not be required to file an escrow account statement as of the date of the bankruptcy filing if one has not previously been filed.

Dated: December 12, 2018

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

Order consented by:
/s/ *Joe S. Erdberg*
Joe S. Erdberg
Jaffe & Erdberg, PC
600 20th Street North, Suite 400
Birmingham, AL 35203

/s/*Bradford W. Caraway*
Bradford W. Caraway
P O Box 10848
Birmingham, AL 35202

Order prepared by:
*/s/ Jonathan Smothers*
Jonathan Smothers, Attorney for Creditor, Bar # ASB8233N99N
jsmothers@logs.com |704-579-3622
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Electronic Service Notifications: ncbkmail@shapiro-ingle.com